YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 South Fourth St., St. 300
Las Vegas, NV 89101
(702) 385-7170
MOMOTLAWFIRM@GMAIL.COM
Attorney for Defendant
RICKY JOHNSTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICKY JOHNSTON,<br><br>    Defendants. | 2:14-cr-00366-APG-PAL-1<br><br>**STIPULATION TO CONTINUE SENTENCING DATE (SECOND REQUEST)** |

COMES NOW, Defendant, RICKY JOHNSTON ("Mr. Johnston"), by and through his attorney, YI LIN ZHENG, ESQ., of the Law Offices of Momot & Zheng., 520 S. Fourth St., Ste. 300, Las Vegas, NV 89101, and the United States being represented by and through the United States Attorney's Office.

Counsel contacted AUSA Roohani Elham requesting a continuance due to Counsels heavy calendar and trial preparation for an in-custody case scheduled for trial March 19, 2018 at 10:30 a.m. in the Eighth Judicial District Court, Department 12. Counsel spoke with Defendant and he has no opposition to the request. This continuance will also allow Counsel additional time for the preparation of the Sentencing Memorandum.

AUSA Roohani Elham has no objection to the request to continue sentencing 30 to 45 days from Thursday March 22, 2018 at 2:30 p.m. Courtroom 6C, to Thursday April 26, 2018, or to a time convenient to the courts calendar.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the SENTENCING date in the above referenced case may be continued from Thursday March 22, 2018 at 2:30 p.m. Courtroom 6C, to Thursday April 26, 2018, or to a time convenient to the courts calendar.

STIPULATION entered by:

_____/s/_____
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
MOMOT & ZHENG
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
Attorney for Defendant

_____/s/_____
DAYLE ELIESON
United States Attorney
ROOHANI ELHAM
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste 1100
Las Vegas, Nevada 89101

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RICKY JOHNSTON, ) <br> ) <br> Defendants. ) <br> ) | 2:14-cr-00366-APG-PAL-1 <br><br> **ORDER TO CONTINUE** <br> **SENTENCING DATE** |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the SENTENCING date in the above referenced case shall be continued from Thursday March 22, 2018 at 2:30 p.m. Sentencing is reset for <u>Tuesday, May 1, 2018 at 10:30 a.m.</u> in Courtroom 6C.

DATED this <u>19th</u> day of March, 2018.

_____
HONORABLE JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE