FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-366-APG-(PAL) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| RICKY DAMIAN JOHNSTON, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Ricky Damian Johnston to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Ricky Damian Johnston pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 19; Change of Plea, ECF No. 48; Plea Agreement, ECF No. 50; Preliminary Order of Forfeiture, ECF No. 51.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 8, 2017, through October 7, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 52.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One (1) White Dell computer tower – Model No. Dimension E510, Serial No. HMFXC91, containing a Maxtor 160GB SATA hard drive – Model No. 6V160EO, Serial No. V3931V7G;

2. One (1) White generic computer tower with no model or serial numbers, containing a Maxtor 30GB IDE hard drive – Model No. 6E030L0711205, Serial No. E13E97ZN;

3. One (1) White generic computer tower with no model or serial numbers, containing a Maxtor 10GB IDE hard drive – Model No. 91021U2, Serial No. G229X1QC;

4. One (1) White Dell computer tower – Model No. Dimension XPS R450, Serial No. UK369, containing an IBM 13GB IDE hard drive – Model No. DTTA-371290, Serial No. WMOWMF23831;

5. One (1) Dell laptop computer – Model No. XPS M1710, Serial No. 22XXVB1, containing a Seagate 160GB SATA hard drive – Model No. ST9160823AS, Serial No. 5NK05QQP;

6. One (1) Dell computer tower – Model No. Dimension 8200, Serial No. BLKTZ11, containing a Western Digital 80GB IDE hard drive – Model No. WD800, Serial No.WMA8E3970495;

7. One (1) Western Digital My Passport 750GB external hard drive, Serial No. WXCOAA991369;
8. Five (5) Iomega 100MB zip disks;
9. Two (2) Impact 128MB SD cards;
10. Twenty (20) San Disk 256MB micro media cards;
11. Two (2) San Disk 1GB micro media cards;
12. Two (2) San Disk 2GB micro media cards;
13. One (1) San Disk 8GB micro media card;
14. One (1) Lexar 2GB micro media card;
15. One (1) Transcend 8GB micro media card;
16. One (1) Nokia 2GB micro media card;
17. Two (2) Pql 2GB micro media cards;
18. One (1) 1GB micro media card;
19. One (1) Patriot 16GB micro media card;
20. One (1) Toshiba 8GB micro media card;
21. One (1) Kingston 2GB micro media card;
22. One (1) Kingston 4GB micro media card;
23. One (1) Kingston 8GB micro media card;
24. One (1) Samsung 2GB micro media card;
25. Three (3) San Disk Cruzer 2GB thumb drives;
26. One (1) Team Corona 1GB thumb drive;
27. One (1) San Disk Cruzer 4GB thumb drive; and
28. One (1) Kodak 4GB SD card

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE