# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>RICKY DAMIAN JOHNSTON,<br><br>　　　　Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>**Order Regarding Briefing Schedule** |

　　　　On July 29, 2021, I appointed Yi Lin Zheng to represent Ricky Damien Johnston for the limited purpose of determining whether he may be eligible for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). ECF No. 106.  This court's Amended General Order 2020-6 requires counsel to file either a supplement to a defendant's *pro se* motion within 14 days of appointment or a notice of non-supplementation within seven days of appointment.  Ms. Zheng has not filed either.

　　　　I HEREBY ORDER Ms. Zheng to file a supplement to Mr. Johnston's *pro se* motion (ECF No. 103) by August 31, 2021.  If Ms. Zheng determines that supplementation is not needed, then she must file a notice stating so by August 31, 2021.  She must also notify Mr. Johnston that she will not file a supplemental motion.  The United States Attorney will have seven days to file a response to the motion or supplement.

　　　　DATED this 24th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE