UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICKY DAMIEN JOHNSTON,<br><br>　　　　Defendant. | CASE NO: 2:14-cr-00366-APG-PAL<br><br>**ORDER TO EXTEND TIME TO SUPPLEMENT DEFENDANT'S [103] PRO SE MOTION** |

　　Upon Stipulation of the parties:

　　**IT IS HEREBY ORDERED** that the Defendant shall have until October 15, 2021 to file a Supplement to the Defendant's motion for compassionate release.

　　**IT IS FURTHER ORDERED** that the Government shall have until October 29, 2021 to file its response.

　　**IT IS FURTHER ORDERED** that any reply by the defense shall be file on or before November 5, 2021.

　　DATED this 31st day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE