# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICKY DAMIAN JOHNSTON,<br><br>Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>**Order (1) Granting Motion to Withdraw as Counsel and (2) Appointing New CJA Counsel**<br><br>[ECF No. 110] |
|---|---|

On July 29, 2021, I appointed Yi Lin Zheng to represent Ricky Damian Johnston for the limited purpose of determining whether he may be eligible for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). ECF No. 106.  Ms. Zheng now moves to withdraw as counsel because of a conflict of interest. ECF No. 110.

I HEREBY ORDER, consistent with this court's General Order 2020-06, that this case is referred to CJA Resource Counsel for the appointment of CJA counsel.  The CJA Administrator shall arrange for a member of the CJA Panel for the District of Nevada to assist defendant Johnston with his motion for compassionate release.

DATED this 17th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE