# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00366-APG-PAL |
| Plaintiff | **Order Setting Deadline** |
| v. | |
| RICKY DAMIAN JOHNSTON, | |
| Defendant | |

I ORDER James I. Hoffman to file a supplement to Mr. Johnston's pro se motion (ECF No. 103) by November 23, 2021. If Mr. Hoffman determines that supplementation is not needed, then he must file a notice stating so by November 23, 2021. He must also notify Mr. Johnston that he will not file a supplemental motion. The United States Attorney will have seven days to file a response to the motion or supplement.

DATED this 2nd day of November, 2021.

                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE