Jim Hoffman
Nevada State Bar 13896
PO Box 231246
Las Vegas, NV 89105
(702) 483-1816
jim.hoffman.esq@gmail.com
Attorney for Ricky Damien Johnston

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY DAMIEN JOHNSTON,<br><br>Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>District of Nevada, Las Vegas<br><br>**STIPULATION TO EXTEND TIME** |

   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the Defendant, that the time for filing a Supplement to Mr. Johnston's pro se compassionate release motion (Doc. 103) be extended for 45 days.  This Stipulation is entered into for the following reasons:

1. Present CJA counsel was appointed on September 17, 2021.  He sent a letter to Mr. Johnston containing release forms in order to obtain Mr. Johnston's medical records but has not yet received them back.  Once the release forms are received, it will then take another week or two for the BOP to generate the records and send them to Mr. Johnston's counsel.
2. The medical records are necessary for the Supplement in order to inform the Court's evaluation of whether Mr. Johnston is entitled to relief or not.
3. Per the Court's order, the Supplement is currently due November 23, 2021.  An extension of the deadline to January 7 (along with a corresponding extension to the Government's deadline for filing a response to January 21 and a reply deadline to January 28) would allow

STIPULATION TO EXTEND TIME - 1

    the records to be obtained so that the Court can make a fully informed decision.
4. Counsel for Mr. Johnston has consulted with counsel for the Government, who does not oppose this stipulation.

STIPULATION BY:
*/s/ Jim Hoffman*

Jim Hoffman, Esq.
Nevada Bar No. 13896
PO Box 213246
Las Vegas, NV 89105


Attorney for Ricky Damien Johnston

STIPULATION BY:
*/s/ Elham Roohani*

Christopher Chu
Acting US Attorney
Elham Roohani
AUSA
501 S. Las Vegas Blvd #1100
Las Vegas, NV 89101
Attorney for the USA

STIPULATION TO EXTEND TIME - 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY DAMIEN JOHNSTON,<br><br>Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>District of Nevada, Las Vegas<br><br>**ORDER TO EXTEND TIME** |

Upon stipulation of the parties:

IT IS HEREBY ORDERED that Defendant shall have until January 7, 2022 to file a Supplement;

IT IS FURTHER ORDERED that Plaintiff shall have until January 21, 2022 to file its Response;

IT IS FURTHER ORDERED that any reply by Defendant shall be filed by January 28, 2022.

Dated this __19th__ day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND TIME - 1