# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY DAMIEN JOHNSTON,<br><br>Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>District of Nevada, Las Vegas<br><br>**ORDER TO EXTEND TIME** |

Upon stipulation of the parties:

IT IS HEREBY ORDERED that Defendant shall have until February 7, 2022 to file a Supplement;

IT IS FURTHER ORDERED that Plaintiff shall have until February 21, 2022 to file its Response;

IT IS FURTHER ORDERED that any reply by Defendant shall be filed by February 28, 2022.

Dated this __6th__ day of January, 2022.

_____
UNITED STATES JUDGE

ORDER TO EXTEND TIME - 1