# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICKY DAMIAN JOHNSTON,<br><br>　　　　　Defendant. | Case No.: 2:14-cr-00366-APG-PAL<br><br>ORDER APPOINTING COUNSEL<br><br>[ECF NOs.. 117, 121] |

　　　Ricky Damian Johnston has moved for the appointment of counsel to assist him in pursuing relief under 28 U.S.C. § 2255. ECF No. 117.  I find that the appointment of counsel is warranted and in the interest of justice consistent with 18 U.S.C. § 3006A(a)(2).

　　　I THEREFORE ORDER that the defendant's motion for appointment of counsel and the related joinder **(ECF Nos. 117, 121) are granted**.   Mr. James Hoffman is appointed to represent JOHNSTON in pursuing relief under 28 U.S.C. § 2255.

　　　DATED this 14th day of January 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE