Jim Hoffman
Nevada State Bar 13896
PO Box 231246
Las Vegas, NV 89105
(702) 483-1816
jim.hoffman.esq@gmail.com
Attorney for Ricky Damien Johnston

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY DAMIEN JOHNSTON,<br><br>Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>District of Nevada, Las Vegas<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and counsel for the Defendant, that the deadlines for filing a Supplement to Mr. Johnston's pro se compassionate release motion (Doc. 103) and response to that Supplement be extended to allow counsel to obtain necessary documents from Mr. Johnston. The new due dates are as follows: March 7, 2022 for the Supplement, March 21 for the Response, and March 28 for the Reply. Counsel for Mr. Johnston has consulted with counsel for the Government, who does not oppose this stipulation.

| STIPULATION BY: | STIPULATION BY: |
|---|---|
| */s/ Jim Hoffman* | */s/ Elizabeth O. White* |
| Jim Hoffman | Christopher Chu |
| Nevada Bar No. 13896 | Acting US Attorney |
| PO Box 213246 | Elizabeth O. White |
| Las Vegas, NV 89105 | Assistant US Attorney |
| | 400 S. Virginia St. #900 |
| | Reno, NV 89501 |
| Attorney for Ricky Damien Johnston | Attorney for the USA |

IT IS SO ORDERED:

Dated: February 8, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

STIPULATION - 1