1  Jim Hoffman
   Nevada State Bar 13896
2  PO Box 231246
3  Las Vegas, NV 89105
   (702) 483-1816
4  jim.hoffman.esq@gmail.com
5  Attorney for Ricky Damien Johnston

6

7                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,        Case No.: 2:14-cr-00366-APG-PAL

9  Plaintiff,

10 vs.                              District of Nevada, Las Vegas

11 RICKY DAMIEN JOHNSTON,

12 Defendant                        **STIPULATION**

13

14       IT IS HEREBY STIPULATED AND AGREED, by and between counsel for
15 the Plaintiff and counsel for the Defendant, that the deadlines for filing a
   Supplement to Mr. Johnston's pro se compassionate release motion (Doc. 103) and
16 response to that Supplement be extended to allow counsel to obtain necessary
17 documents from Mr. Johnston.  The new due dates are as follows: April 7, 2022 for
   the Supplement, April 21 for the Response, and April 28 for the Reply.  Counsel
18 for Mr. Johnston has consulted with counsel for the Government, who does not
19 oppose this stipulation.

20      STIPULATION BY:                STIPULATION BY:
        _/s/ Jim Hoffman_              _/s/ Elizabeth O. White_
21      Jim Hoffman                    Christopher Chu
22      Nevada Bar No. 13896           Acting US Attorney
        PO Box 213246                  Elizabeth O. White
23      Las Vegas, NV 89105            Assistant US Attorney
                                       400 S. Virginia St. #900
24                                     Reno, NV 89501
25

26      Attorney for Ricky Damien Johnston    Attorney for the USA

27      IT IS SO ORDERED:
STIPULATION - 1
        Dated:_March 8, 2022_____

                                       _____
                                       ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE