**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>RICKY DAMIAN JOHNSTON,<br><br>   Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>**Order for Reply Brief in Support of Defendant's Motion to File a § 2255 Motion** |

Ricky Damian Johnston filed a letter that was deemed a motion for leave to file a motion under 18 U.S.C. § 2255. ECF No. 116. The Government filed an opposition pointing out that I could characterize Johnston's motion as an actual § 2255 motion and allow for supplementation. ECF No. 119 at 2. If not, any future § 2255 motion may be untimely. *Id.* Johnston did not file a reply in support of his motion.

On January 14, 2022, I appointed James Hoffman to represent Johnston in pursuing relief under § 2255. ECF No. 123. Now that Johnston is represented by counsel, counsel should file a reply brief to address the issues raised in the Government's opposition.

I THEREFORE ORDER Mr. Hoffman to file a reply in support of Johnston's *pro se* motion (ECF No. 116) by June 30, 2022.

DATED this 14th day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE