UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>RICKY DAMIAN JOHNSTON,<br><br>　　　Defendant | Case No.: 2:14-cr-00366-APG-PAL<br><br>**Order**<br><br>[ECF No. 116] |

　　　Ricky Damian Johnston filed a letter that was deemed a motion for leave to file a motion under 18 U.S.C. § 2255. ECF No. 116.  I appointed James Hoffman to represent Mr. Johnson. Mr. Hoffman filed a reply brief to address the issues raised in the Government's opposition and to supplement the points raised in Mr. Johnston's letter.  Based on that reply, I will characterize Mr. Johnston's letter as a motion under § 2255 and the reply as a supplement to that.

　　　I THEREFORE ORDER the Government to respond to the motion, as supplemented by the reply, by August 19, 2022.

　　　DATED this 19th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE